# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ESI, INC. | § | Case No. 10-03081 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

     Funds were disbursed in the following amounts:

     Payments made under an interim disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]      $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____ . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____ , for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____ , and now requests reimbursement for expenses of $____ , for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 10-03081 Doc 40 Filed 01/09/13 Entered 01/09/13 14:12:10 Desc Main
Document Page 3 of 13

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-03081 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL | Exhibit A |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | ESI, INC. | | | | Date Filed (f) or Converted (c): | 01/27/10 (f) | |
| | | | | | 341(a) Meeting Date: | 03/09/10 | |
| For Period Ending: 12/12/12 | | | | | Claims Bar Date: | 07/22/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 2,416.74 | 0.00 | | 0.00 | 0.00 |
| 2. A/R | 26,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. 1997 Chevy Pick Up | 1,875.00 | 700.00 | | 700.00 | FA |
| 4. 1995 1 ton utlitiy truck | 2,000.00 | 1,500.00 | | 1,500.00 | FA |
| 5. Dump trucks | 12,500.00 | 2,500.00 | | 7,000.00 | FA |
| 6. Trailers | 12,500.00 | 4,750.00 | | 4,750.00 | FA |
| 7. Excavators | 53,900.00 | 21,300.00 | | 21,300.00 | FA |
| 8. Lasers | 200.00 | 375.00 | | 350.00 | FA |
| 9. Testing Equipment | 400.00 | 150.00 | | 150.00 | FA |
| 10. Generator | 200.00 | 200.00 | | 200.00 | FA |
| 11. Loader | 14,000.00 | 9,000.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.61 | Unknown |
| **TOTALS (Excluding Unknown Values)** | **$126,491.74** | **$40,475.00** | | **$44,964.61** | **Gross Value of Remaining Assets $0.00** (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, file tax returns and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/13

         /s/    GINA B. KROL
_____    Date: _____
         GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1                                                                                              Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 10-03081 -DRC |
| Case Name: | ESI, INC. |
| Taxpayer ID No: | *******1922 |
| For Period Ending: | 12/12/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0311 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 39,420.42 | | 39,420.42 |
| 10/03/12 | 030001 | Department of Treasury<br>Internal Revenu Service Center<br>Cincinnati, OH 45999-0013 | Estate Income Taxe | 2810-000 | | 1,397.00 | 38,023.42 |
| 12/06/12 | 030002 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | 1120S for 2010 | 2810-000 | | 2,340.00 | 35,683.42 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 39,420.42 | 3,737.00 | 35,683.42 |
| Less: Bank Transfers/CD's | 39,420.42 | 0.00 | |
| Subtotal | 0.00 | 3,737.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,737.00 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals    39,420.42    3,737.00

Ver: 17.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-03081 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | ESI, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1922 | | | |
| For Period Ending: | 12/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/19/10 | * NOTE * | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Proceeds of sale * NOTE * Properties 3, 4, 5, 6, 7, 8, 9, 10, 11 | 1129-000 | 44,950.00 | | 44,950.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 44,950.18 |
| 06/15/10 | 000301 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses per Court Order | 3620-000 | | 4,930.07 | 40,020.11 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.05 | | 40,021.16 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,022.18 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,023.20 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 40,024.19 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 40,025.20 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 40,026.19 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,027.21 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,028.23 |
| 02/07/11 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 33.96 | 39,994.27 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 39,994.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,994.92 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,995.25 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,995.59 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,995.92 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,996.26 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,996.60 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,996.93 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,997.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.96 | 39,946.31 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,946.64 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.25 | 39,897.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals        44,961.63        5,064.24

Ver: 17.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-03081 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ESI, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1922 | | | |
| For Period Ending: | 12/12/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,897.73 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.19 | 39,848.54 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,848.88 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.26 | 39,796.62 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 35.91 | 39,760.71 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,761.03 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.28 | 39,713.75 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,714.09 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.83 | 39,665.26 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,665.59 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.39 | 39,615.20 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,615.54 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.33 | 39,565.21 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,565.53 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.02 | 39,518.51 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,518.85 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.83 | 39,467.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 39,467.33 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 46.91 | 39,420.42 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 39,420.42 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Page Subtotals  2.98  39,900.37

Ver: 17.00b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-03081 -DRC |
| Case Name: | ESI, INC. |
| Taxpayer ID No: | *******1922 |
| For Period Ending: | 12/12/12 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0150  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 44,964.61 | 44,964.61 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 39,420.42 | |
| Subtotal | 44,964.61 | 5,544.19 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 44,964.61 | 5,544.19 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0311 | 0.00 | 3,737.00 | 35,683.42 |
| Money Market Account (Interest Earn - ********0150 | 44,964.61 | 5,544.19 | 0.00 |
| | 44,964.61 | 9,281.19 | 35,683.42 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/  GINA B. KROL_____  Date: 12/12/12
GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*      Page Subtotals        0.00        0.00

Ver: 17.00b
LFORM24

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-03081
Case Name: ESI, INC.
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Department of the Treasury - Internal Revenue Serv Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |
| 000006 | Water Products Company of Aurora, Inc. 3255 E New York St. Aurora, IL 60540 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Alan D. Lasko | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000003B | Department of the Treasury - Internal Revenue Serv<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004A | Laborers' Pension and Welfare Fund<br>c/o Karen I. Engelhardt<br>Allison Slutsky Kennedy<br>230 W. Monroe St, Suite 2600<br>Chicago, IL 60606 | $ | $ | $ |
| 000008B | Midwest Operating Engineers Retirement Enhancement<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000009 | Midwest Operating Engineers Welfare Fund<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000010B | Midwest Operating Engineers Pension Fund<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000011B | Midwest Operating Engineers Pension Fund<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000012B | Operating Engineers Local 150 Apprenticeship Fund<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000013 | Local 150 IUOE Vacation Savings Plan<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000014B | Midwest Operating Engineers Construction Industry<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |

Total to be paid to priority creditors                      $_____

    Remaining Balance $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_\_ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nafisco, Inc.<br>4152 Warren Ave.<br>Hillside, IL 60162 | $ | $ | $ |
| 000004B | Laborers' Pension and Welfare Fund<br>c/o Karen I. Engelhardt<br>Allison Slutsky Kennedy<br>230 W. Monroe St, Suite 2600<br>Chicago, IL 60606 | $ | $ | $ |
| 000005 | J&A Cartage, Inc.<br>P.O. Box 52<br>Lyons, IL 60534 | $ | $ | $ |
| 000007 | Complete Excavating, Inc.<br>9940 Clow Creek Rd.<br>Plainfield, IL 60585 | $ | $ | $ |
| 000008A | Midwest Operating Engineers Retirement Enhancement<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |
| 000010A | Midwest Operating Engineers Pension Fund<br>6150 Joliet Road<br>Countryside, IL 60525 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011A | Midwest Operating Engineers Pension Fund 6150 Joliet Road Countryside, IL 60525 | $ | $ | $ |
| 000012A | Operating Engineers Local 150 Apprenticeship Fund 6150 Joliet Road Countryside, IL 60525 | $ | $ | $ |
| 000014A | Midwest Operating Engineers Construction Industry 6150 Joliet Road Countryside, IL 60525 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000003C | Department of the Treasury - Internal Revenue Serv Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors     $_____

Remaining Balance                                        $_____