UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
ESI, INC.                             §         Case No. 10-03081
                                      §
         Debtor(s)                    §

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/25/2013 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2013                  By: KENNETH S. GARDNER
                                              Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ESI, INC. § Case No. 10-03081
§
Debtor(s) §

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 44,964.61 |
| and approved disbursements of | $ | 9,281.19 |
| leaving a balance on hand of[1] | $ | 35,683.42 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000003A | Department of the Treasury - Internal Revenue Serv | $ 3,420.49 | $ 3,420.49 | $ 0.00 | $ 0.00 |
| 000006 | Water Products Company of Aurora, Inc. | $ 54,733.00 | $ 54,733.00 | $ 0.00 | $ 25,537.20 |
| | Total to be paid to secured creditors | | | $ | 25,537.20 |
| | Remaining Balance | | | $ | 10,146.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,246.46 | $ 0.00 | $ 5,246.46 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,458.00 | $ 0.00 | $ 1,458.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Alan D. Lasko | $ 3,400.00 | $ 0.00 | $ 3,400.00 |
| Other: International Sureties Ltd. | $ 69.87 | $ 69.87 | $ 0.00 |
| Other: Cohen & Krol | $ 12.76 | $ 0.00 | $ 12.76 |
| Other: Alan D. Lasko | $ 29.00 | $ 0.00 | $ 29.00 |

Total to be paid for chapter 7 administrative expenses     $     10,146.22

Remaining Balance                                           $          0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 70,623.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Illinois Department of Employment Security | $ 1,446.76 | $ 0.00 | $ 0.00 |
| 000003B | Department of the Treasury - Internal Revenue Serv | $ 6,396.17 | $ 0.00 | $ 0.00 |
| 000004A | Laborers' Pension and Welfare Fund | $ 47,441.75 | $ 0.00 | $ 0.00 |
| 000008B | Midwest Operating Engineers Retirement Enhancement | $ 900.00 | $ 0.00 | $ 0.00 |
| 000009 | Midwest Operating Engineers Welfare Fund | $ 0.00 | $ 0.00 | $ 0.00 |
| 000010B | Midwest Operating Engineers Pension Fund | $ 6,345.00 | $ 0.00 | $ 0.00 |
| 000011B | Midwest Operating Engineers Pension Fund | $ 6,345.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012B | Operating Engineers Local 150 Apprenticeship Fund | $ 1,035.00 | $ 0.00 | $ 0.00 |
| 000013 | Local 150 IUOE Vacation Savings Plan | $ 461.89 | $ 0.00 | $ 0.00 |
| 000014B | Midwest Operating Engineers Construction Industry | $ 252.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors       $ 0.00

Remaining Balance       $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,289.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Nafisco, Inc. | $ 3,231.48 | $ 0.00 | $ 0.00 |
| 000004B | Laborers' Pension and Welfare Fund | $ 13,767.75 | $ 0.00 | $ 0.00 |
| 000005 | J&A Cartage, Inc. | $ 6,453.75 | $ 0.00 | $ 0.00 |
| 000007 | Complete Excavating, Inc. | $ 7,040.34 | $ 0.00 | $ 0.00 |
| 000008A | Midwest Operating Engineers Retirement Enhancement | $ 2,031.65 | $ 0.00 | $ 0.00 |
| 000010A | Midwest Operating Engineers Pension Fund | $ 27,896.02 | $ 0.00 | $ 0.00 |
| 000011A | Midwest Operating Engineers Pension Fund | $ 27,896.02 | $ 0.00 | $ 0.00 |
| 000012A | Operating Engineers Local 150 Apprenticeship Fund | $ 4,132.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Midwest Operating Engineers Construction Industry | $ 839.88 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,866.08  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Illinois Department of Employment Security | $ 150.00 | $ 0.00 | $ 0.00 |
| 000003C | Department of the Treasury - Internal Revenue Serv | $ 1,716.08 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-03081-DRC
ESI, Inc.                                                               Chapter 7
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0752-1       User: mgonzalez         Page 1 of 3           Date Rcvd: Jan 10, 2013
                           Form ID: pdf006         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2013.
```
db         +ESI, Inc.,    24 W 641 Springdale Dr.,     Naperville, IL 60540-3745
15081943    CNH Capital,    P.O. Box 3600,    Lancaster, PA 17604-3600
15146726   +Cheryl Rausch,    24 W 641 Springdale Dr,    Naperville, IL 60540-3745
15081952   +Complete Excavating, Inc.,    9940 Clow Creek Rd.,    Plainfield, IL 60585-7528
15081956   +Fox Valley Chlorinating Specialists,    24 W 134 Saint Charles Rd.,    Carol Stream, IL 60188-2623
15146725   +Illinois Department of Employment,    9511 Harrison St,    Des Plaines, IL 60016-1563
15193515   +Illinois Department of Employment Security,    33 South State Street,
             Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15081947   +Illinois Department of Employment Security,    Benefit Payment Control Division,    P.O. Box 4385,
             Chicago, IL 60680-4385
15081948   +Illinois Tollway,    2700 Ogden Ave.,    Downers Grove, IL 60515-1703
15081953   +J&A Cartage, Inc.,    P.O. Box 52,    Lyons, IL 60534-0052
15645306   +Laborers' Pension and Welfare Fund,    c/o Karen I. Engelhardt,    Allison Slutsky Kennedy,
             230 W. Monroe St, Suite 2600,    Chicago, IL 60606-4969
15879302   +Local 15, IUOE Vacation Savings Plan,    6150 Joliet Road,    Countryside, IL 60525-3956
15879310   +Local 150 IUOE Vacation Savings Plan,    6150 Joliet Road,    Countryside, IL 60525-3956
15081945   +Midwest Operating Engineers,    Fringe Benefit Funds,    6150 Joliet Rd.,
             Countryside, IL 60525-3956
15879722   +Midwest Operating Engineers Construction Industry,    6150 Joliet Road,
             Countryside, IL 60525-3956
15879187   +Midwest Operating Engineers Pension Fund,    6150 Joliet Road,    Countryside, IL 60525-3994
15878258   +Midwest Operating Engineers Retirement Enhancement,    6150 Joliet Road,
             Countryside, IL 60525-3956
15879099   +Midwest Operating Engineers Welfare Fund,    6150 Joliet Road,    Countryside, IL 60525-3994
15081959   +Norwalk Tank Co.,    2121 Maple Rd.,    Joliet, IL 60432-9642
15879221   +Operating Engineers Local 150 Apprenticeship Fund,    6150 Joliet Road,
             Countryside, IL 60525-3956
15081950   +RJR Insulation Co., Inc.,    617 Mohawk Dr.,    Round Lake Heights, IL 60073-1125
15081951   #+United Construction Products,    1700 Quincy Ave.,    Naperville, IL 60540-4185
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15081960   +E-mail/Text: pmarrone@bakercorp.com Jan 11 2013 03:19:21     Bakercorp,    3020 Old Ranch Pkwy,
             Seal Beach, CA 90740-2765
15081946   +E-mail/Text: akrestel@cvldc.org Jan 11 2013 03:19:35     Construction and General Laborers,
             District Council of Chicago and Vicinity,     999 McClintock Dr.,    Burr Ridge, IL 60527-0824
15081944    E-mail/Text: cio.bncmail@irs.gov Jan 11 2013 01:54:06
             Department of the Treasury - Internal Revenue Serv,     Centralized Insolvency Operations,
             P.O. Box 21126,    Philadelphia, PA 19114
15146724   +E-mail/Text: cio.bncmail@irs.gov Jan 11 2013 01:54:05     Internal Revenue Service,
             2001 Butterfield Rd,    Downers Grove, Il 60515-1058
15081958   +E-mail/Text: paul@waterproductscompany.com Jan 11 2013 02:35:08
             Water Products Company of Aurora, Inc.,    3255 E New York St.,    Aurora, IL 60504-6604
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15081955   ##+Gas City, Ltd.,    100 W Oakley Ave.,    Lowell, IN 46356-2207
15081954   ##+Lift Works, Inc.,    1201 W Hawthorne Ln.,    West Chicago, IL 60185-1815
15081957   ##+Meyer Material,    1819 Dot St.,    McHenry, IL 60050-6586
15081949   ##+Nafisco, Inc.,    4152 Warren Ave.,    Hillside, IL 60162-1751
                                                                                   TOTALS: 0, * 0, ## 4
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mgonzalez              Page 2 of 3              Date Rcvd: Jan 10, 2013
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2013**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez           Page 3 of 3            Date Rcvd: Jan 10, 2013
                              Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2013 at the address(es) listed below:
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gloria C  Tsotsos   on behalf of Creditor   Beneficial Financial, I Inc. nd-three@il.cslegal.com
          Maria  Georgopoulos   on behalf of Creditor   Beneficial Financial, I Inc. nd-four@il.cslegal.com
          Patrick J Loftus   on behalf of Debtor   ESI, Inc. ploftus@baronejenkins.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          W. Kent Carter   on behalf of Creditor   CNH Capital America LLC wcarter@clarkhill.com,
           estoneking@clarkhill.com
                                                                                                                                                         TOTAL: 7