# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ESI, INC. | § | Case No. 10-03081 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/GINA B. KROL _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNH Capital | | | | | |
| 000006 | WATER PRODUCTS COMPANY OF AURORA, I | | | | | |
| 000003A | DEPARTMENT OF THE TREASURY - INTERN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| DEPARTMENT OF TREASURY | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Construction & General Laborers' District Council of Chicago & Vicinity | | | | | |
| | IRS | | | | | |
| | Illinois Tollway | | | | | |
| 000004A | LABORERS' PENSION AND WELFARE FUND | | | | | |
| 000013 | LOCAL 150 IUOE VACATION SAVINGS PLA | | | | | |
| 000014B | MIDWEST OPERATING ENGINEERS CONSTRU | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010B | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 000011B | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 000008B | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |
| 000009 | MIDWEST OPERATING ENGINEERS WELFARE | | | | | |
| 000012B | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 000003B | DEPARTMENT OF THE TREASURY - INTERN | | | | | |
| 000001A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bakercorp | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Chlorinating Specialists | | | | | |
| | Gas City Ltd | | | | | |
| | Lift Works Inc. | | | | | |
| | Meyer Material | | | | | |
| | Norwalk Tank Co. | | | | | |
| | RJR Insulation Co. | | | | | |
| | United Construction Products | | | | | |
| | Water Products Company of Aurora Inc. | | | | | |
| 000007 | COMPLETE EXCAVATING, INC. | | | | | |
| 000005 | J&A CARTAGE, INC. | | | | | |
| 000004B | LABORERS' PENSION AND WELFARE FUND | | | | | |
| 000014A | MIDWEST OPERATING ENGINEERS CONSTRU | | | | | |
| 000010A | MIDWEST OPERATING ENGINEERS PENSION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011A | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 000008A | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |
| 000002 | NAFISCO, INC. | | | | | |
| 000012A | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 000003C | DEPARTMENT OF THE TREASURY - INTERN | | | | | |
| 000001B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 10-03081 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Filed 05/22/13 Entered 05/22/13 16:38:30 Desc Main
ASSET CASES
Document Page 10 of 15

Page: 1

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 10-03081 | DRC | Judge: Donald R. Cassling | |
| Case Name: | ESI, INC. | | | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 01/27/10 (f) |
| 341(a) Meeting Date: | 03/09/10 |
| Claims Bar Date: | 07/22/10 |

For Period Ending: 05/22/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 2,416.74 | 0.00 | | 0.00 | 0.00 |
| 2. A/R | 26,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. 1997 Chevy Pick Up | 1,875.00 | 700.00 | | 700.00 | FA |
| 4. 1995 1 ton utlitiy truck | 2,000.00 | 1,500.00 | | 1,500.00 | FA |
| 5. Dump trucks | 12,500.00 | 2,500.00 | | 7,000.00 | FA |
| 6. Trailers | 12,500.00 | 4,750.00 | | 4,750.00 | FA |
| 7. Excavators | 53,900.00 | 21,300.00 | | 21,300.00 | FA |
| 8. Lasers | 200.00 | 375.00 | | 350.00 | FA |
| 9. Testing Equipment | 400.00 | 150.00 | | 150.00 | FA |
| 10. Generator | 200.00 | 200.00 | | 200.00 | FA |
| 11. Loader | 14,000.00 | 9,000.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.61 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $126,491.74 | $40,475.00 | | $44,964.61 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, file tax returns and prepare TFR

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/13

/s/     GINA B. KROL
_____ Date: _____
GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 10-03081 -DRC | |
| Case Name: | ESI, INC. | |
| Taxpayer ID No: | *******1922 | |
| For Period Ending: | 05/22/13 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | Exhibit 9 |
| Account Number / CD #: | *******0311  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 39,420.42 | | 39,420.42 |
| 10/03/12 | 030001 | Department of Treasury<br>Internal Revenu Service Center<br>Cincinnati, OH  45999-0013 | Estate Income Taxe | 2810-000 | | 1,397.00 | 38,023.42 |
| 12/06/12 | 030002 | Department of Treasury<br>Internal Revenue Service<br>Cincinnati, OH  45999-0039 | 1120S for 2010 | 2810-000 | | 2,340.00 | 35,683.42 |
| 01/24/13 | 030003 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 5,246.46 | 30,436.96 |
| 01/24/13 | 030004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney's Fees per court order | 3110-000 | | 972.00 | 29,464.96 |
| 01/24/13 | 030005 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Attorney Expenses per court order | 3120-000 | | 12.76 | 29,452.20 |
| 01/24/13 | 030006 | Alan D. Lasko<br>120 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Fees | 3410-000 | | 3,400.00 | 26,052.20 |
| 01/24/13 | 030007 | Alan D. Lasko<br>120 S. LaSalle St., Ste. 1240<br>Chicago, IL 60603 | Accountant Expenses | 3420-000 | | 29.00 | 26,023.20 |
| 01/24/13 | 030008 | Gina B. Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 486.00 | 25,537.20 |
| 01/24/13 | 030009 | Water Products Company of Aurora, Inc.<br>3255 E New York St.<br>Aurora, IL 60540 | Claim 000006, Payment 46.65778% | 4220-000 | | 25,537.20 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 39,420.42 | 39,420.42 |

Ver: 17.02d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-03081  -DRC |
| Case Name: | ESI, INC. |
| | |
| Taxpayer ID No: | *******1922 |
| For Period Ending: | 05/22/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0311  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| COLUMN TOTALS | | 39,420.42 | 39,420.42 | 0.00 |
| Less:  Bank Transfers/CD's | | 39,420.42 | 0.00 | |
| Subtotal | | 0.00 | 39,420.42 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 39,420.42 | |

Page Subtotals                0.00                0.00

Ver: 17.02d

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-03081 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | ESI, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1922 | | | |
| For Period Ending: | 05/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/19/10 | * NOTE * | American Auction Associates 8515 S. Thomas Ave. Bridgeview, IL 60455 | Proceeds of sale * NOTE *  Properties 3, 4, 5, 6, 7, 8, 9, 10, 11 | 1129-000 | 44,950.00 | | 44,950.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.18 | | 44,950.18 |
| 06/15/10 | 000301 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Auctioneer Expenses per Court Order | 3620-000 | | 4,930.07 | 40,020.11 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.05 | | 40,021.16 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,022.18 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,023.20 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,024.19 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,025.20 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,026.19 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,027.21 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,028.23 |
| 02/07/11 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 33.96 | 39,994.27 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 39,994.58 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,994.92 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,995.25 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,995.59 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,995.92 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,996.26 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,996.60 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,996.93 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,997.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.96 | 39,946.31 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,946.64 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.25 | 39,897.39 |

| | | | Page Subtotals | | 44,961.63 | 5,064.24 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.02d

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-03081 -DRC | |
| Case Name: | ESI, INC. | |
| | | |
| Taxpayer ID No: | *******1922 | |
| For Period Ending: | 05/22/13 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0150  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,897.73 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.19 | 39,848.54 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,848.88 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 52.26 | 39,796.62 |
| 02/06/12 | 000303 | International Sureties | BOND | 2300-000 | | 35.91 | 39,760.71 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,761.03 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.28 | 39,713.75 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,714.09 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.83 | 39,665.26 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,665.59 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.39 | 39,615.20 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,615.54 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 50.33 | 39,565.21 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,565.53 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.02 | 39,518.51 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 39,518.85 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 51.83 | 39,467.02 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 39,467.33 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 46.91 | 39,420.42 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 39,420.42 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 2.98 | 39,900.37 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.02d

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-03081 -DRC | |
| Case Name: | ESI, INC. | |
| | | |
| Taxpayer ID No: | *******1922 | |
| For Period Ending: | 05/22/13 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0150 Money Market Account (Interest Earn | Exhibit 9 |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 44,964.61 | 44,964.61 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 39,420.42 | |
| | | | Subtotal | | 44,964.61 | 5,544.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 44,964.61 | 5,544.19 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0311 | 0.00 | 39,420.42 | 0.00 |
| Money Market Account (Interest Earn - *******0150 | 44,964.61 | 5,544.19 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 44,964.61 | 44,964.61 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 05/22/13
GINA B. KROL